1 Michael Louis Kelly - State Bar No. 82063
  mlk@kirtlandpackard.com
2 Behram V. Parekh - State Bar No. 180361
  bvp@kirtlandpackard.com
3 Heather M. Peterson - State Bar No. 261303
  hmp@kirtlandpackard.com
4 KIRTLAND & PACKARD LLP
  2361 Rosecrans Avenue
5 Fourth Floor
  El Segundo, California 90245
6 Telephone: (310) 536-1000
  Facsimile: (310) 536-1001
7
  *Counsel for Plaintiff and all others similarly situated*
8

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                                      SACV11-00813 AG (ANx)

12 CODY BROCK, on behalf of himself          ) Case No.
   and all others similarly situated,        )
13                                            ) **CLASS ACTION**
                  Plaintiff,                  ) **COMPLAINT FOR:**
14                                            )
        v.                                    ) **1. California False Advertising Act,**
15                                            ) **California *Business & Professions***
   MYLIFE.COM, INC., a Delaware               ) ***Code* § 17500 *et seq.***
16 Corporation, and DOES 1-10, inclusive,     )
                                              ) **2. California Unfair Competition**
17                Defendants.                 ) **Law, California *Business &***
                                              ) ***Professions Code* § 17200 *et seq.***
18                                            )
                                              ) **3. California Consumer Legal**
19                                            ) **Remedies Act, California *Civil Code* §**
                                              ) **1770 *et seq.***
20                                            )
                                              )
21                                            ) **DEMAND FOR JURY TRIAL**
                                              )
22 _____)

23

24

25

26

27

28

LAW OFFICES
KIRTLAND & PACKARD LLP

02260-00001 147472.01

CLASS ACTION COMPLAINT

Plaintiff, Cody Brock brings this action on behalf of himself and all others similarly situated against Defendant MyLife.com, Inc. ("MyLife").  Plaintiff makes the following allegations upon information and belief, except as to allegations specifically pertaining to himself, which is based on personal knowledge.

## PARTIES

1.  Plaintiff Cody Brock is a resident of Orange County, California. In early 2011, he saw an ad stating that someone could be looking for him on MyLife.com and he could find out whom for free.  He therefore signed up for MyLife's services and paid $45 for three months.  In reality, no one was looking for Mr. Brock. Plaintiff reasonably relied on MyLife's advertisements and was harmed in signing up for MyLife.com's services based on the false advertising that someone was looking for him, when in fact that was not the case.

2.  Defendant MyLife operates the website www.mylife.com and is a Delaware corporation, registered with the California Secretary of State to conduct business in California. MyLife's principal place of business is in Los Angeles, California.

3.  Plaintiff does not know the true names or capacities of the persons or entities sued herein as DOES 1-10, inclusive, and therefore sues such Defendants by such fictitious names.  Plaintiff is informed and believes, and upon such information and belief alleges, that each of the DOE Defendants is in some manner legally responsible for the damages suffered by Plaintiff and the members of the class as alleged herein.  Plaintiff will amend this complaint to set forth the true names and capacities of these Defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

4.  At all times herein mentioned, Defendants and each of them were the agents, principals, servants, employees and subsidiaries of each of the remaining

LAW OFFICES
KIRTLAND & PACKARD LLP

1    Defendants and were at all times acting within the purpose and scope of such

2    agency, service, and employment and directed, consented, ratified, permitted,

3    encouraged and approved the acts of each remaining Defendants.

### JURISDICTION AND VENUE

5    5.   This Court has subject matter jurisdiction pursuant to the Class Action

6         Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one Class

7         member is of diverse citizenship from one Defendant; there are more than

8         100 Class members nationwide; the aggregate amount in controversy exceeds

9         $5,000,000; and minimal diversity exists.

10   6.    Venue is proper in this District under 28 U.S.C. § 1391(a) because a

11        substantial part of the events or omissions giving rise to the claims occurred

12        and/or emanated from this District, and Defendants have caused harm to

13        Class members residing in this District.

### FACTUAL ALLEGATIONS

15   7.   Defendant runs the website MyLife.com, which claims to "Find everyone.

16        All in one place."  On the website it states: "Curious about someone from

17        your past?  Use the Internet's most comprehensive People Search service to

18        find old friends, family, classmates, or coworkers."  But, Mylife.com is not a

19        free service like many other social websites; it charges customers a monthly

20        fee and leaves these paying customers feeling as if they have been scammed

21        by Defendant.

22   8.   The way in which Defendant advertises is false and misleading.  There are

23        emails and advertisements sent to individuals, along with television ads,

24        which state that someone is searching for them.  Many individuals, believing

25        that someone is actually searching for them, click on the email or

26        advertisement, or look up MyLife.com, and end up paying a fee to

27        Mylife.com to figure out who is searching for them.  Once the individual

28        provides credit card payment information, there is a result list of invented

LAW OFFICES
KIRTLAND & PACKARD LLP

names of people who are supposedly searching for you. Thus the customers who relied on the advertisements of Defendant are damaged in that they paid for a completely worthless service.

9.   Beyond this bait and switch tactic, another problem is that Defendant, through MyLife.com, often does not just charge a one time monthly fee to individuals signing up for its services and often ends up charging at once for a six month term or an entire year membership of over $100, despite the fact that the individual only wants to sign up for one month.

10.   There are numerous complaint boards on the internet with similar stories of the way that MyLife.com dupes consumers into paying for a service that ends up being completely worthless, along with describing Defendant's unfair billing practices. A few of such complaints are as follows:

> As with all the complaints I have read, I selected to try this service for one month @ $12.95 for the month. Mylife.com charged my credit over $150 for an entire year without any comfirmation[sic] that they made this charge. If they would have presented the fact that they were doing this, I would have never signed with this useless service.[1]

Another unhappy individual wrote:

> The TV ads imply My Life is a free service. It's not. The ads say My Life has millions of messages accessible by just going to their website. Once again, a lie. My Life showed 57 people who were "searching for me". I'd never heard of ANY of them. I signed up thinking perhaps I could hook up with some guys I was in the military with. Turns out that searching FOR someone requires another membership which costs even more than "getting messages from people searching for you".

---

[1]http://www.complaintnow.com/:-credit-card-ripoff-/complaint/complaints/message/show/13073/0/156775/0

02260-00001  147472.01

-4-

LAW OFFICES
KIRTLAND & PACKARD LLP

LAW OFFICES
KIRTLAND & PACKARD LLP

1         *This is a total scam.*[2]

2   A third example of an unhappy customer follows:

3       *This website lures you in based on false information that they have*

4       *information about people that are searching for you. Their registration and*

5       *subscription system is misleading and tricks you into a long term*

6       *subscription by calling it a "monthly Subscription" but bills you for an entire*

7       *year. They offer no refunds on subscriptions ...this should be a big tell in*

8       *itself ... but it is difficult to find this info until its too late! They are a*

9       *complete scam ...they tell you there are 10 people searching for you but in*

10      *reality there are likely none... I am not sure how they have been able to*

11      *operate this long ...not they were formally known as reunion.com but*

12      *apparently shut down due to unethical practices... here they go again ...*

13      *Please do not fall for this Scam as I did!!*[3]

14               **CLASS ACTION ALLEGATIONS**

15   11.   This action is properly maintainable as a class action. Plaintiff brings this

16       class action for injunctive relief and damages on behalf of the following

17       class:

18         All persons located within the United States who paid any

19         amount for a MyLife.com subscription at any time during

20         the four years preceding the filing of the initial Complaint

21         (the "Class").

22   12.   Excluded from the class are governmental entities, Defendant, any entity in

23       which Defendant has a controlling interest, and Defendant's officers,

24       directors, affiliates, legal representatives, employees, co-conspirators,

25       successors, subsidiaries, and assigns. Also excluded from the Class is any

---

[2] http://www.complaintsboard.com/complaints/mylifecom-c412501.html

[3] http://www.complaintsboard.com/complaints/mylifecom-c367561.html

1    judge, justice or judicial officer presiding over this matter and the members

2    of their immediate families and judicial staff.

3  13.  **Numerosity:** The proposed Class is so numerous that individual joinder of

4    all its members is impracticable. Due to the nature of the trade and

5    commerce involved, Plaintiff believes that the total number of Class members

6    is at least in the tens of thousands and members of the Class are numerous

7    and geographically dispersed across the United States. While the exact

8    number and identities of the Class members are unknown at this time, such

9    information can be ascertained through appropriate investigation and

10    discovery. The disposition of the claims of the Class members in a single

11    class action will provide substantial benefits to all parties and to the Court.

12  14.  **Common Question of Law and Fact Predominate:** There is a well-defined

13    community of interest in the questions of law and fact involved affecting the

14    Class and these common questions predominate over any questions that may

15    affect individual Class members. There are many questions of law and fact

16    common to the representative Plaintiff and the Class, and those questions

17    substantially predominate over any questions that may affect individual Class

18    members. Common questions of fact and law include, but are not limited to,

19    the following:

20        i.    whether Defendant's marketing and advertising were and are

21            misleading;

22        ii.    whether Defendant's representations were likely to mislead and

23            did in fact mislead Plaintiff and Class members;

24        iii.   whether Defendant sent false solicitations telling potential

25            victims that "someone" is searching for them;

26        iv.   whether Defendant misrepresented MyLife's prices and/or

27            placed unauthorized charges on subscribers' accounts;

28        v.    whether Defendant's conduct as alleged herein violates the

LAW OFFICES
KIRTLAND & PACKARD LLP

Unfair Competition Law;

vi.   whether Defendant's conduct as alleged herein violates the Consumer Legal Remedies Act;

vii.   whether Defendant's conduct as alleged herein violates the False Advertising Law;

viii.   whether Plaintiff and Class members have sustained monetary loss and the proper measure of that loss;

ix.   whether Plaintiff and Class members are entitled to declaratory and injunctive relief; and

x.   whether Defendant was willful, deceptive and oppressive in its conduct.

15.   These common questions of law and fact predominate over questions that may affect individual Class members in that the claims of all Class members for each of the claims herein can be established with common proof. Additionally, a class action would be "superior to other available methods for the fair and efficient adjudication of the controversy," because (1) Class members have little interest in individually controlling the prosecution of separate actions because the individual damages claims of each Class member are not substantial enough to warrant individual filings and (2) because the disputed advertisements are common to all Class members and because resolution of the claims of Plaintiff will resolve the claims of the remaining Class, certification does not pose any manageability problems.

16.   **Typicality:** Plaintiff's claims are typical of the claims of the members of the Class. Plaintiff and all members of the Class have been similarly affected by Defendant's common course of conduct since they all relied on Defendant's representations and paid for Defendant's service based on those representations.

17.   **Adequacy of Representation:** Plaintiff will fairly and adequately represent

LAW OFFICES
KIRTLAND & PACKARD LLP

1    and protect the interests of the Class. Plaintiff has retained counsel with

2    substantial experience in handling complex class action litigation.  Plaintiff

3    and his counsel are committed to prosecuting this action vigorously on behalf

4    of the Class and have the financial resources to do so.

5    18.  **Superiority of Class Action:** Plaintiff and the members of the Class suffered

6    and will continue to suffer harm as a result of Defendant's unlawful and

7    wrongful conduct.  A class action is superior to other available methods for

8    the fair and efficient adjudication of the present controversy.  Class members

9    have little interest in individually controlling the prosecution of separate

10   actions because the individual damages claims of each Class member are not

11   substantial enough to warrant individual filings.  In sum, for many, if not

12   most, Class members, a class action is the only feasible mechanism that will

13   allow them an opportunity for legal redress and justice.

14   19.  Adjudication of individual class members' claims with respect to the

15   Defendant would, as a practical matter, be dispositive of the interests of other

16   members not parties to the adjudication, and could substantially impair or

17   impede the ability of other class members to protect their interests.

18                          **FIRST CAUSE OF ACTION**

19                     ***Business and Professions Code § 17500***

20                   **(Violation of the False Advertising Act)**

21                **(By Plaintiff and the Class Against All Defendants)**

22   20.  Plaintiff hereby incorporates paragraphs 1-19 above as if set forth in full.

23   21.  California *Business and Professions Code* § 17500 provides that "[i]t is

24   unlawful for any ... corporation . . . with intent . . . to dispose of . . . personal

25   property . . . to induce the public to enter into any obligation relating thereto,

26   to make or disseminate or cause to be made or disseminated . . . from this

27   state before the public in any state, in any newspaper or other publication, or

28   any advertising device, or by public outcry or proclamation, or in any other

LAW OFFICES
KIRTLAND & PACKARD LLP

LAW OFFICES
KIRTLAND & PACKARD LLP

1    manner or means whatever, including over the Internet, any statement . . .

2    which is untrue or misleading, and which is known, or which by the exercise

3    of reasonable care should be known, to be untrue or misleading . . . ."

4  22.    Defendant misled consumers by making untrue statements and failing to

5    disclose what is required as stated in the Code, as alleged above.

6  23.    As a direct and proximate result of Defendant's misleading and false

7    advertising, Plaintiff and the members of the Class have suffered injury in

8    fact and have lost money or property.

9  24.    The misleading and false advertising described herein presents a continuing

10    threat to Plaintiff and the Class in that Defendant persists and continues to

11    engage in these practices, and will not cease doing so unless and until forced

12    to do so by this Court.  Defendant's conduct will continue to cause

13    irreparable injury to consumers unless enjoined or restrained.

## SECOND CAUSE OF ACTION

### *Business and Professions Code* § 17200, *et seq.*

### (Violation of the Unfair Competition Law)

### (By Plaintiff and the Class Against All Defendants)

18  25.    Plaintiff hereby incorporates paragraphs 1-24 above as if set forth in full.

19  26.    California *Business and Professions Code* § 17200, *et seq.*, (the "Unfair

20    Competition Law" or "UCL") authorizes private lawsuits to enjoin acts of

21    "unfair competition" which includes any unlawful, unfair, or fraudulent

22    business practice.

23  27.    The UCL imposes strict liability.  Plaintiff need not prove Defendant

24    intentionally or negligently engaged in unlawful, unfair or fraudulent

25    business practices—but only that such practices occurred.

26  28.    The material misrepresentations, concealment, and non-disclosures by

27    Defendants MyLife and DOES 1-10 as part of their marketing and

28

1   advertising of MyLife services are unlawful, unfair, and fraudulent business

2   practices prohibited by the UCL.

3   29.   In carrying out such marketing, Defendant has violated the Consumer Legal

4   Remedies Act, the False Advertising Law, and various other laws,

5   regulations, statutes, and/or common law duties.  Defendant's business

6   practices alleged herein, therefore, are unlawful within the meaning of the

7   UCL.

8   30.   The harm to Plaintiff and members of the public outweighs the utility of

9   Defendant's practices and, consequently, Defendant's practices, as set forth

10   fully above, constitute an unfair business act or practice within the meaning

11   of the UCL.

12   31.   Defendant's practices are additionally unfair because they have caused

13   Plaintiff and the class substantial injury, which is not outweighed by any

14   countervailing benefits to consumers or to competition, and is not an injury

15   the consumers themselves could have reasonably avoided.

16   32.   Defendant's practices, as set forth above, have misled the general public in

17   the past and will mislead the general public in the future.  Consequently,

18   Defendant's practices constitute an unlawful and unfair business practice

19   within the meaning of the UCL.

20   33.   Pursuant to California *Business and Professions Code* § 17204, an action for

21   unfair competition may be brought by any "person . . . who has suffered

22   injury in fact and has lost money or property as a result of such unfair

23   competition."  Defendant's wrongful misrepresentations and omissions have

24   directly and seriously injured Plaintiff and the putative class by causing them

25   to pay for MyLife's subscription service based upon false and misleading

26   marketing and advertising.

27   34.   The unlawful, unfair, and fraudulent business practices of Defendant are

28   ongoing and present a continuing threat that members of the public will be

LAW OFFICES
KIRTLAND & PACKARD LLP

1    misled into purchasing a MyLife subscription service based upon false and

2    misleading marketing and advertising.

3    35.  Pursuant to the UCL, Plaintiff is entitled to preliminary and permanent

4         injunctive relief ordering Defendant to cease this unfair competition, as well

5         as disgorgement and restitution to Plaintiff and the Class of all of

6         Defendant's revenues associated with their unfair competition, or such

7         portion of those revenues as the Court may find equitable.

8                          **THIRD CAUSE OF ACTION**

9                          ***Civil Code § 1770, et seq.***

10               **(Violation of the Consumer Legal Remedies Act)**

11            **(By Plaintiff and the Class Against All Defendants)**

12   36.  Plaintiff hereby incorporates paragraphs 1-35 above as if set forth in full.

13   37.  The Consumer Legal Remedies Act ("CLRA") creates a non-exclusive

14        statutory remedy for unfair methods of competition and unfair or deceptive

15        acts or business practices. *See Reveles v. Toyota by the Bay*, 57 Cal. App. 4th

16        1139, 1164 (1997).  Its self-declared purpose is to protect consumers against

17        these unfair and deceptive business practices, and to provide efficient and

18        economical procedures to secure such protection.  Cal. Civil Code § 1760 *et*

19        *seq.*  The CLRA was designed to be liberally construed and applied in favor

20        of consumers to promote its underlying purposes. *Id.*

21   38.  Plaintiff has standing to pursue this claim as Plaintiff purchased a MyLife

22        subscription,           which was worthless to him.  He purchased the

23                                 subscription after viewing an advertisement that someone

24                                 was looking for him, when in fact, no one was looking for

25                                 him and the subscription payment to MyLife was a

26                                 complete waste of money for Plaintiff.

27   39.  Defendant's wrongful business practices constituted, and constitute, a

28        continuing

LAW OFFICES
KIRTLAND & PACKARD LLP

1   course of conduct in violation of the California Consumer Legal Remedies

2   Act since Defendant is still representing that its services have characteristics

3   and abilities which are false and misleading, and have injured Plaintiff and

4   the Class.

5   40.   More specifically, Plaintiff alleges that Defendant has violated paragraphs 5,

6   7, and 9 of California *Civil Code* § 1770(a) by engaging in the unfair and/or

7   deceptive acts and practices set forth herein.  Defendant's unfair and

8   deceptive business practices in carrying out the marketing program described

9   above were and are intended to and did and do result in Plaintiff and Class

10   members purchasing Defendant's services, in violation of the CLRA.  Cal.

11   Civil Code § 1770, *et seq.*

12   41.   As a result of Defendant's unfair and/or deceptive business practices,

13   Plaintiff and all consumers who purchased Defendant's services have

14   suffered damage and lost money in that they paid for services that did not

15   have the benefits as represented.  Plaintiff seeks and is entitled to an order

16   enjoining Defendant from continuing to engage in the unfair and deceptive

17   business practices alleged herein.

18   42.   Pursuant to Section 1782 of the CLRA, Plaintiff intends to notify Defendant

19   in writing of the particular violations of Section 1770 of the CLRA (the

20   "Notice Letter").  If Defendant fails to comply with Plaintiff's demands

21   within thirty days of receipt of the Notice Letter, pursuant to Section 1782 of

22   the CLRA, Plaintiff will amend this Complaint to further request damages

23   under the CLRA.

24

25   **PRAYER FOR RELIEF**

26   **WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for

27   relief and judgment as follows:

28

LAW OFFICES
**KIRTLAND & PACKARD LLP**

02260-00001  147472.01                    -12-
CLASS ACTION COMPLAINT

1.      For preliminary and permanent injunctive relief enjoining Defendant, its agents, servants and employees, and all persons acting in concert with them, from engaging in, and continuing to engage in, the unfair, unlawful and/or fraudulent business practices alleged above and that may yet be discovered in the prosecution of this action;

2.      For certification of the putative class;

3.      For restitution and disgorgement of all money or property wrongfully obtained by Defendant by means of its herein-alleged unlawful, unfair, and fraudulent business practices;

4.      For an accounting by Defendant for any and all profits derived by Defendant from their herein-alleged unlawful, unfair, and/or fraudulent conduct and/or business practices;

5.      An award of statutory damages according to proof, except that no damages are currently sought on Plaintiff's Cause of Action regarding the Consumer Legal Remedies Act at this time;

6.      An award of general damages according to proof, except that no damages are currently sought on Plaintiff's Cause of Action regarding the Consumer Legal Remedies Act at this time;

7.      An award of special damages according to proof, except that no damages are currently sought on Plaintiff's Cause of Action regarding the Consumer Legal Remedies Act at this time;

8.      Exemplary damages, except that no damages are currently sought on Plaintiff's Cause of Action regarding the Consumer Legal Remedies Act at this time;

9.      For attorneys' fees and expenses pursuant to all applicable laws including, without limitation, Code of Civil Procedure §1021.5, the CLRA, and the common law private attorney general doctrine;

10.      For costs of suit; and

LAW OFFICES
KIRTLAND & PACKARD LLP

11.    For such other and further relief as the Court deems just and proper.

DATED: May 23, 2011                    KIRTLAND & PACKARD LLP


                                       By: _____
                                            MICHAEL LOUIS KELLY
                                            BEHRAM V. PAREKH
                                            HEATHER M. PETERSON
                                            *Counsel for Plaintiff and the Class*

1

## DEMAND FOR JURY TRIAL

2      Plaintiff demands a jury trial on all issues so triable.

3

4      DATED: May 23, 2011                    KIRTLAND & PACKARD LLP

5

6                                             By: _____
                                                  MICHAEL LOUIS KELLY
7                                                 BEHRAM V. PAREKH
                                                  HEATHER M. PETERSON
8                                                 *Counsel for Plaintiff and the Class*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
KIRTLAND & PACKARD LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11- 813 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [_] **Western Division** <br> 312 N. Spring St., Rm. G-8 <br> Los Angeles, CA 90012 | [X] **Southern Division** <br> 411 West Fourth St., Rm. 1-053 <br> Santa Ana, CA 92701-4516 | [_] **Eastern Division** <br> 3470 Twelfth St., Rm. 134 <br> Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central   District of California

Cody Brock, on behalf of himself and
all others similarly situated,                )
_____         )
                        *Plaintiff*           )
                                              )    **SACV11-00813**   AG (ANx)
             v.                               )    Civil Action No.
MyLife.com, Inc., a Delaware                  )
Corporation and DOES 1-10, inclusive,         )
_____         )
                        *Defendant*           )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MyLife.com, Inc.
12400 Wilshire Blvd
Suite 1500
Los Angeles, CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael Louis Kelly, Kirtland & Packard LLP, 2361 Rosecrans Avenue, Fourth Floor, El Segundo, CA 90245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

CHRISTOPHER POWERS

Date: _____ MAY 2 6 2011          _____
                                      *Signature of Clerk or Deputy Clerk*

AO-440

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Cody Brock, on behalf of himself and all others similarly situated,

**DEFENDANTS**

MyLife.com, Inc., a Delaware Corporation, and DOES 1-10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Michael Louis Kelly - SBN 82063
Kirtland & Packard LLP
2361 Rosecrans Avenue, Fourth Floor

El Segundo, CA 90245
310.536.1000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No ☒ **MONEY DEMANDED IN COMPLAINT: $** To Be Determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332(d)(2)(A) - Class Action Fairness Act. Plaintiff alleges that Defendant falsely misled The Putative Class to sign up for services.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | IMMIGRATION | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS - Third Party 26 USC 7609 |

SACV11 - 00813

**FOR OFFICE USE ONLY:** Case Number: ___

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s):

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Brock - Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MyLife.com, Inc. - Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Brock - Orange | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date May 25, 2011
Michael Louis Kelly

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

113M394976274.tif - 5/26/2011 10:36:34 AM